UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE NON-JUDICIAL CIVIL FORFEITURE PROCEEDING REGARDING NUMEROUS ASSETS SEIZED ON OR ABOUT JUNE 27, 2023 AND JULY 7, 2023 | 24 Misc. 65 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

On February 12, 2024, this Court, sitting in its Part I capacity, so-ordered a stipulation and order that extended the time in which the Government is required to file a complaint for forfeiture of the seized property at issue in this case from February 12, 2024, until April 12, 2024. Dkt. 3. On February 14, 2024, this matter was assigned to this Court on a permanent basis. On April 4, 2024, the Court so-ordered a stipulation extending the Government's deadline to file a complaint from April 12, 2024 to June 12, 2024. Dkt. 5. On June 17, 2024, the Court so-ordered ordered a stipulation extending the Government's filing deadline to August 12, 2024. Dkt. 7. On August 6, 2024, the Court again extended the deadline to October 11, 2024. Dkt. 9.

No such complaint has been filed, and no progress has otherwise been made in this case. Accordingly, it is hereby ORDERED that the case be dismissed, without prejudice, for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

_Paul A. Engelmayer_
Paul A. Engelmayer
United States District Judge

Dated: April 9, 2025

1